**Order entered February 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00073-CV

## IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

Before the Court is appellant City of Dallas's February 20, 2019 unopposed motion to extend time to file its appellant's brief. We **GRANT** the motion and **ORDER** the brief filed no later than **April 8, 2019**. *See* TEX. R. APP. P. 4.1(a).

/s/     BILL WHITEHILL
        JUSTICE